IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VALARY WARD**                                                                                          **PLAINTIFF**

v.                         **Case No.: 4:20-cv-00385-LPR**
                           **Case No.: 4:20-cv-01436-LPR**

**ARKANSAS CHILDREN'S HOSPITAL**                                                  **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant on all claims asserted against it.

IT IS SO ADJUDGED this 18th of August 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE